

**ORDERED in the Southern District of Florida on October 28, 2021.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Benigno Guerrero                              Case No. 17-23520-AJC
                                                     Chapter 13
                  Debtors            /

### AGREED ORDER ON DEBTOR'S REQUEST FOR FOREBEARANCE

THIS CAUSE came to be heard on October 26, 2021 on Debtor Benigno Guerrero's Request for Forbearance [ECF # 97]. Based on agreement between the parties, the Court **ORDERS** as follows:

1. Secured Creditor Bank of New York Mellon Trust, through its loan servicer Reverse Mortgage Solutions ("RMS"), has approved the Debtor for an At-Risk Extension forbearance of the due and payable status of his reverse mortgage in accordance with the provisions of U.S. HUD Mortgagee Letter 2015-11.

2. The approved At-Risk Extension forbearance period runs from September 13, 2021 through September 13, 2022.

3. The At-Risk Extension period may be renewed after September 12, 2022, based on

further agreement between the parties and in accordance with the terms of U.S. HUD Mortgagee Letter 2015-2011 and/or other applicable U.S. HUD guidelines in effect at that time.

###

Submitted by: Matt Bayard Esq.

Attorney Matt Bayard Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.