

**ORDERED in the Southern District of Florida on October 28, 2021.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:                                            CASE NO. 17-23520-AJC

BENIGNO GUERRERO,                                 CHAPTER 13

     **Debtor,**

_____/

### ORDER CONTINUING HEARING ON MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY

    **THIS CAUSE** came before the Court for hearing on October 26, 2021, upon Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series 1 Trust's ("Secured Creditor") *Motion for Relief from the Automatic Stay* (Docket No. 75). The Court heard argument of the Parties and has based its decision on the record.  Accordingly, it is

    **ORDERED**:

1.   Secured Creditor's Motion for Relief from Automatic Stay is continued to: **November 16, 2021 at 9:00 a.m. by Zoom Video Conference**

2.   To participate in the hearing remotely via Zoom you must register in advance no later than November 12, 2021 at 3:00 p.m. (two business days prior to the hearing). Reservations shall be made at:

https://www.zoomgov.com/meeting/register/vJIsdO6orj8tEykAkNLdQ8XQPhWjIJbyMzo

# # #

Submitted by:

Christopher P. Salamone
Robertson, Anschutz & Schneid, PL
*Attorney for Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Christopher P. Salamone is directed to serve copies of this order on the parties and file a certificate of service.