Fill in this information to identify the case:

Debtor 1 Benigno Guerrero

Debtor 2 ____________

(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of FLORIDA

Case number 17-23520-AJC

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor: Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust**

**Court claim no**. (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 6809

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

■ Yes. Date of the last notice: 6/20/2018

**Part 1: Itemize Postpetition Fees, Expenses, and Charges**

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | 9/27/2021 (Hazard Insurance) | (9) | $1,058.40 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Benigno Guerrero
Print Name Middle Name Last Name

Case number *(if known)* 17-23520-AJC

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Christopher P. Salamone
Signature

Date 12/27/2021

Print Christopher P. Salamone
First Name Middle Name Last Name

Title Authorized Agent

Company Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address 6409 Congress Avenue, Suite 100
Number Street

Boca Raton, FL 33487
City State ZIP Code

Contact Phone 470-321-7112

Email csalamone@raslg.com

Please note the creditor is in the process of filing a Transfer of Claim to reflect the creditor as the transferee of this claim. However, this notice of post-petition mortgage fees, expenses and charges is being filed to ensure the creditors compliance with Fed. R. Bankr. P. 3002.1.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 5, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Benigno Guerrero
400 SW 109th Avenue
Miami, FL 33174

And via electronic mail to:

Matthew T Bayard
4343 W. Flagler St.
Ste. 100
Miami, FL 33134

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By: /s/ Esther Kudron

PHH MORTGAGE

# PHH Mortgage Services

## Internal Payoff Statement

**Data Update Date: 12/12/2021**

| | | |
|---|---|---|
| Loan Skey: | [redacted] | |
| Loan Number: | [redacted] | |
| Borrower Last Name: | Guerrero | |
| Property Address | 400 SW 109TH AVENUE, MIAMI, FL 33174 | |
| As of Date: | | 12/13/2021 |
| Good through Date: | | 12/13/2021 |
| Principal Advances: | | $ 175,957.74 |
| Interest: | | $ 72,947.83 |
| Interest Rate Type | Monthly (1-Yr CMT) | |
| Current Interest Rate | 1.64 | |
| MIP: | | $ 2,798.30 |
| MIP Rate | 0.50 | |
| Servicing Fees: | | $ 4,755.64 |
| Corporate Advances: | | $ 1,473.40 |
| Intra Month Per Diem Total: | | $ 195.47 |
| Total Amount Due: | | $ 258,128.38 |
| Per Diem Post Good Through Date** | | 15.13 |

*NOTE: this is a not an external payoff and should not be relied upon if the loan is to be paid in full

**per diem is as of the date generated. Any advances incurred between the as of date and the good through date will increase per diem and will not be included here.

PHH MORTGAGE

# PHH Mortgage Services

## Loan Balance History

**Report Description:** Displays all the transactions for the selected loan

**Loan Skey:** [redacted]
**Borrowers Last Name:** Guerrero
**Loan Number:**

**Propery Address:** 400 SW 109th Avenue, Miami, FL, 33174
**Investor Name:** Cascade Funding Mortgage Trust - HB5
**FHA Case Number:** [redacted]

| Transaction Date | Transaction Description | Principal Amount | Interest | MIP | Service Fee Amount | Corporate Advance Amount | Totals: |
|---|---|---|---|---|---|---|---|
| 11/30/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $337.15 | $106.69 | $35.00 | $0.00 | **$478.84** |
| 11/24/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 11/24/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 11/23/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 11/23/2021 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($104.54) | $0.00 | $0.00 | **($104.54)** |
| 11/17/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 11/17/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 10/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $334.51 | $106.53 | $35.00 | $0.00 | **$476.04** |
| 10/28/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 10/20/2021 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($112.20) | $0.00 | $0.00 | **($112.20)** |
| 10/12/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 9/30/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $334.05 | $106.39 | $35.00 | $0.00 | **$475.44** |
| 9/27/2021 | Corp Adv - S305 - Hazard Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $1,058.40 | **$1,058.40** |
| 9/23/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 9/22/2021 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($112.83) | $0.00 | $0.00 | **($112.83)** |
| 8/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $337.81 | $106.23 | $35.00 | $0.00 | **$479.04** |
| 8/30/2021 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $52.50 | **$52.50** |
| 8/30/2021 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 8/30/2021 | Corp Adv - S310 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 8/20/2021 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($112.19) | $0.00 | $0.00 | **($112.19)** |
| 8/20/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 8/17/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 7/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $326.70 | $106.08 | $35.00 | $0.00 | **$467.78** |
| 7/28/2021 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $262.50 | **$262.50** |
| 7/19/2021 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($104.00) | $0.00 | $0.00 | **($104.00)** |
| 7/2/2021 | Loan Setup - Advances (Principal) | $169,106.74 | $0.00 | $0.00 | $0.00 | $0.00 | **$169,106.74** |
| 7/2/2021 | Loan Setup - Interest Balance | $0.00 | $71,277.61 | $0.00 | $0.00 | $0.00 | **$71,277.61** |
| 7/2/2021 | Loan Setup - Monthly MIP Balance | $0.00 | $0.00 | $2,812.14 | $0.00 | $0.00 | **$2,812.14** |
| 7/2/2021 | Loan Setup - Service Fee Balance | $0.00 | $0.00 | $0.00 | $4,580.64 | $0.00 | **$4,580.64** |
| 7/2/2021 | Loan Setup - Property Charges Balance | $6,851.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$6,851.00** |
| **Totals:** | | **$175,957.74** | **$72,947.83** | **$2,798.30** | **$4,755.64** | **$1,473.40** | **$257,932.91** |

[Table content illegible due to low resolution]

[Page content is illegible — low-resolution tabular data with redacted columns.]



| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 06 11 2007 | 06 11 2007 | $557 90 | OCDISB | OC Net ne O Cedit | DRAW | D aw | [redacted] | Due e o | [redacted] | nancal eedom | 06 11 2007 12 00 00 AM |
| [redacted] | 05 31 2007 | 05 31 2007 | $787 40 | INTMNTHACC | Inte est | INTMNTHACC | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 05 31 2007 12 00 00 AM |
| [redacted] | 05 31 2007 | 05 31 2007 | $61 23 | MIP | MIP | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 05 31 2007 12 00 00 AM |
| [redacted] | 05 31 2007 | 05 31 2007 | $35 00 | SERV EE | Se vice ee | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 05 31 2007 12 00 00 AM |
| [redacted] | 04 30 2007 | 04 30 2007 | $799 61 | INTMNTHACC | Inte est | INTMNTHACC | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 04 30 2007 12 00 00 AM |
| [redacted] | 04 30 2007 | 04 30 2007 | $61 04 | MIP | MIP | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 04 30 2007 12 00 00 AM |
| [redacted] | 04 30 2007 | 04 30 2007 | $35 00 | SERV EE | Se vice ee | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 04 30 2007 12 00 00 AM |
| [redacted] | 04 12 2007 | 04 12 2007 | $2 852 07 | OCDISB | OC Net ne O Cedit | DRAW | D aw | [redacted] | Due e o | [redacted] | nancal eedom | 04 12 2007 12 00 00 AM |
| [redacted] | 03 31 2007 | 03 31 2007 | $766 65 | INTMNTHACC | Inte est | INTMNTHACC | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 03 31 2007 12 00 00 AM |
| [redacted] | 03 31 2007 | 03 31 2007 | $57 91 | MIP | MIP | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 03 31 2007 12 00 00 AM |
| [redacted] | 03 31 2007 | 03 31 2007 | $35 00 | SERV EE | Se vice ee | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 03 31 2007 12 00 00 AM |
| [redacted] | 03 22 2007 | 03 22 2007 | $9 500 00 | OCDISB | OC Net ne O Cedit | DRAW | D aw | [redacted] | Due e o | [redacted] | nancal eedom | 03 22 2007 12 00 00 AM |
| [redacted] | 02 28 2007 | 02 28 2007 | $718 66 | INTMNTHACC | Inte est | INTMNTHACC | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 02 28 2007 12 00 00 AM |
| [redacted] | 02 28 2007 | 02 28 2007 | $55 24 | MIP | MIP | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 02 28 2007 12 00 00 AM |
| [redacted] | 02 28 2007 | 02 28 2007 | $35 00 | SERV EE | Se vice ee | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 02 28 2007 12 00 00 AM |
| [redacted] | 01 31 2007 | 01 31 2007 | $756 52 | INTMNTHACC | Inte est | INTMNTHACC | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 01 31 2007 12 00 00 AM |
| [redacted] | 01 31 2007 | 01 31 2007 | $56 41 | MIP | MIP | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 01 31 2007 12 00 00 AM |
| [redacted] | 01 31 2007 | 01 31 2007 | $35 00 | SERV EE | Se vice ee | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 01 31 2007 12 00 00 AM |
| [redacted] | 01 10 2007 | 01 10 2007 | $9 500 00 | OCDISB | OC Net ne O Cedit | DRAW | D aw | [redacted] | Due e o | [redacted] | nancal eedom | 01 10 2007 12 00 00 AM |
| [redacted] | 12 31 2006 | 12 31 2006 | $665 36 | INTMNTHACC | Inte est | INTMNTHACC | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 12 31 2006 12 00 00 AM |
| [redacted] | 12 31 2006 | 12 31 2006 | $50 64 | MIP | MIP | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 12 31 2006 12 00 00 AM |
| [redacted] | 12 31 2006 | 12 31 2006 | $35 00 | SERV EE | Se vice ee | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 12 31 2006 12 00 00 AM |
| [redacted] | 11 30 2006 | 11 30 2006 | $668 86 | INTMNTHACC | Inte est | INTMNTHACC | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 11 30 2006 12 00 00 AM |
| [redacted] | 11 30 2006 | 11 30 2006 | $51 30 | MIP | MIP | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 11 30 2006 12 00 00 AM |
| [redacted] | 11 30 2006 | 11 30 2006 | $35 00 | SERV EE | Se vice ee | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 11 30 2006 12 00 00 AM |
| [redacted] | 11 06 2006 | 11 06 2006 | $4 000 00 | OCDISB | OC Net ne O Cedit | DRAW | D aw | [redacted] | Due e o | [redacted] | nancal eedom | 11 06 2006 12 00 00 AM |
| [redacted] | 10 31 2006 | 10 31 2006 | $680 68 | INTMNTHACC | Inte est | INTMNTHACC | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 10 31 2006 12 00 00 AM |
| [redacted] | 10 31 2006 | 10 31 2006 | $48 37 | MIP | MIP | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 10 31 2006 12 00 00 AM |
| [redacted] | 10 31 2006 | 10 31 2006 | $35 00 | SERV EE | Se vice ee | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 10 31 2006 12 00 00 AM |
| [redacted] | 09 30 2006 | 09 30 2006 | $82 85 | INTMNTHACC | Inte est | INTMNTHACC | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 09 30 2006 12 00 00 AM |
| [redacted] | 09 30 2006 | 09 30 2006 | $6 35 | MIP | MIP | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 09 30 2006 12 00 00 AM |
| [redacted] | 09 30 2006 | 09 30 2006 | $35 00 | SERV EE | Se vice ee | MINTHACCR | Mont ly A c uas | [redacted] | Due e o | [redacted] | nancal eedom | 09 30 2006 12 00 00 AM |
| [redacted] | 09 26 2006 | 09 26 2006 | $115 951 86 | INITADV | Initial Advance | SCHADV | Scheduled Advance | [redacted] | Due e o | [redacted] | nancal eedom | 09 26 2006 12 00 00 AM |

PHH MORTGAGE

PHH Mortgage Services

12/13/2021 12:58:37 PM

**Disbursement Detail Report**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Servicer Name: | ALL | Product Type: | ALL | Disb. Type | ALL | Disb. Date: | ALL | Disb. Status: | All |
| Investor Name: | ALL | Pay Plan Type: | ALL | Reimbursable: | Included | Fund Req. Date: | ALL | ARM Type: | ALL |
| Investor Pool: | ALL | Transaction Type: | ALL | Voided: | Included | Voided Date: | ALL | Rate Index Type: | ALL |
| Loan Status: | ALL | Property State: | ALL | Cleared: | Included | Cleared Date: | ALL | | |
| Loan Sub-Status: | ALL | Created By: | ALL | Pymt Stopped: | Included | Process Date: | ALL | | |
| Loan Skey: | | Credit Type: | ALL | Check #: | ALL | Create Date: | ALL | | |

**Servicer Name: PHH Mortgage Services**

**Investor Name: Cascade Funding Mortgage Trust - HB5**

| Investor Pool | Loan Skey | Loan # | Loan Status | Payment Plan | Disbursement Type | Pay To | Check # | Created By | Create Date | Process Date | Disb. Date | Disb. Amount | Disbursement Status: Disbursed | Cleared | Voided | Reimb. | Stopped |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | | 07/27/2021 | 07/27/2021 | 07/28/2021 | $262.50 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Charles A. Brown & Associates, P.L.L.C | | | 08/12/2021 | 08/16/2021 | 08/17/2021 | $50.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | | 08/17/2021 | 08/19/2021 | 08/20/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | | 08/27/2021 | 08/27/2021 | 08/30/2021 | $26.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | | 08/27/2021 | 08/27/2021 | 08/30/2021 | $50.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | | 08/27/2021 | 08/27/2021 | 08/30/2021 | $52.50 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | | 09/20/2021 | 09/22/2021 | 09/23/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | SWBC Insurance Services, Inc. | | | 09/22/2021 | 09/24/2021 | 09/27/2021 | $1,058.40 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | | 10/07/2021 | 10/11/2021 | 10/12/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | | 10/25/2021 | 10/27/2021 | 10/28/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | | 11/09/2021 | 11/16/2021 | 11/17/2021 | $1.08 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | | 11/09/2021 | 11/16/2021 | 11/17/2021 | $0.64 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | | 11/17/2021 | 11/22/2021 | 11/23/2021 | $0.43 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | | 11/17/2021 | 11/23/2021 | 11/24/2021 | $0.64 | ☑ | ☑ | ☐ | ☐ | ☐ |

PHH MORTGAGE

# PHH Mortgage Services

12/13/2021 12:58:37 PM

## Disbursement Detail Report

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Servicer Name: | **ALL** | Product Type: | **ALL** | Disb. Type | **ALL** | Disb. Date: | **ALL** | Disb. Status: | **All** |
| Investor Name: | **ALL** | Pay Plan Type: | **ALL** | Reimbursable: | **Included** | Fund Req. Date: | **ALL** | ARM Type: | **ALL** |
| Investor Pool: | **ALL** | Transaction Type: | **ALL** | Voided: | **Included** | Voided Date: | **ALL** | Rate Index Type: | **ALL** |
| Loan Status: | **ALL** | Property State: | **ALL** | Cleared: | **Included** | Cleared Date: | **ALL** | | |
| Loan Sub-Status: | **ALL** | Created By: | **ALL** | Pymt Stopped: | **Included** | Process Date: | **ALL** | | |
| Loan Skey: | | Credit Type: | **ALL** | Check #: | **ALL** | Create Date: | **ALL** | | |

| Investor Pool | Loan Skey | Loan # | Loan Status | Payment Plan | Disbursement Type | Pay To | Check # | Created By | Create Date | Process Date | Disb. Date | Disb. Amount | Disbursement Status | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Disbursed | Cleared | Voided | Reimb. | Stopped |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | | 11/19/2021 | 11/23/2021 | 11/24/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| **Total for Investor: Cascade Funding Mortgage Trust - HB5** | | | | | **Loan Count: 1** | **Disbursement Count: 15** | | | | | | **$1,602.19** | **15** | **15** | **0** | **0** | **0** |
| **Total for Servicer: PHH Mortgage Services** | | | | | **Loan Count: 1** | **Disbursement Count: 15** | | | | | | **$1,602.19** | **15** | **15** | **0** | **0** | **0** |
| **Grand Total:** | | | | | **Loan Count: 1** | **Disbursement Count: 15** | | | | | | **$1,602.19** | **15** | **15** | **0** | **0** | **0** |

Alerts Included: **ALL**
Alerts Excluded: **None**



# PHH Mortgage Services

12/13/2021 12:58:51 PM

PHH MORTGAGE

## Remittance Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Servicer Name: | ALL | Product Type: | ALL | Remit Create Date: | ALL |
| Investor Name: | ALL | Loan Status: | ALL | Remit. Created By: | ALL |
| Investor Pool: | ALL | Loan Sub-Status: | ALL | Remit. Effective Date: | ALL |
| Loan Channel: | ALL | Remit. Type: | ALL | Ref. Check #: | ALL |
| Loan Skey: | | Remit. Amount: | ALL | Remitted By: | ALL |
| Remit Trans. Types: | ALL | Remit Status: | ALL | Batch Skey: | ALL |
| | | | | Mail Room Batch #: | ALL |

| Loan Skey | Loan # | Loan Status | Loan Sub-Status | Batch Skey | Transaction Type | Effective Date | Remit Type | Remit Status | Remit Amount | Check Date | Reference Check # | Created By | Create Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHH Mortgage Services - Cascade Funding Mortgage Trust - HB5 - Cascade Funding 2021 HB5 - MAM (Celink) Transfer** | | | | | | | | | | | | | |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 07/15/2021 | Wire | Active | $104.00 | 07/15/2021 | | | 07/19/2021 11:13AM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 08/20/2021 | Check | Active | $112.19 | 08/17/2021 | | | 08/20/2021 12:52PM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 09/21/2021 | Check | Active | $47.96 | 09/15/2021 | | | 09/22/2021 09:16AM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 09/21/2021 | Check | Active | $64.87 | 09/15/2021 | | | 09/22/2021 09:16AM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 10/19/2021 | Check | Active | $47.70 | 10/14/2021 | | | 10/20/2021 04:16PM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 10/19/2021 | Check | Active | $64.50 | 10/14/2021 | | | 10/20/2021 04:17PM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 11/23/2021 | Check | Active | $44.44 | 11/18/2021 | | | 11/23/2021 01:44PM |
| | | BNK/FCL | Bnk/Fcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 11/23/2021 | Check | Active | $60.10 | 11/18/2021 | | | 11/23/2021 01:44PM |
| Total for Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | Loan Count: 1 | | Remit Transaction(s) Count: 8 | | | $545.76 | | | | |
| **Total for Cascade Funding Mortgage Trust - HB5** | | | | **Loan Count: 1** | | **Remit Transaction(s) Count:** 8 | | | $545.76 | | | | |
| **Grand Total:** | | | | **Loan Count: 1** | | **Remit Transaction(s) Count:** 8 | | | $545.76 | | | | |

Alerts Included: **ALL**
Alerts Excluded: **NONE**

Created By:

Skey

| | |
|---|---|
| Borrower Last Name | Guerrero |
| Property Address | 400 SW 109th Avenue, Miami, FL 33174 |
| MCA | 120.12 % |

**Total Amount Due for Reinstatement** $ 7,363.64

**Reinstatement as of:** 12/13/2021 12:00 AM

***This amount will change when any new advance is made for taxes, insurance, and/or HOA/COA Dues.**

**Details/Breakdown**

| ***Corporate Advances*** | | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 09/27/2021 | Corp Adv - S305 - Hazard Insurance | $ 1,058.40 |
| **Total** | | **$ 1,058.40** |

| ***Remittances*** | | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 07/19/2021 | Part Repay - Transferred Prop Charges | ($ 104.00) |
| 08/20/2021 | Part Repay - Transferred Prop Charges | ($ 112.19) |
| 09/22/2021 | Part Repay - Transferred Prop Charges | ($ 112.83) |
| 10/20/2021 | Part Repay - Transferred Prop Charges | ($ 112.20) |
| 11/23/2021 | Part Repay - Transferred Prop Charges | ($ 104.54) |
| **Total** | | **($ 545.76)** |

| ***Transfer Charges*** | | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 11/30/2021 | Prior Servicer Property Charges | $ 6,851.00 |
| **Total** | | **$ 6,851.00** |

SKEY Number________ ________________________________
Prior Service Loan Number______ ________________________

| | |
|---|---|
| 1st Prior Servicer History - Financial Freedom | $ - |
| Beginning Default Amount | $ - |
| LOC Balance prior to 1st disbursement | $ - |
| Tax Disbursements | $ (8,895.24) |
| Insurance Disbursements | $ (8,989.65) |
| HOA Disbursements | $ - |
| Repays | $ 12,964.84 |
| Total T & I Balance | $ (4,920.05) |
| | |
| 2nd Prior Servicer History - Celink | $ 12,964.84 |
| Beginning Default Amount | $ (4,920.05) |
| LOC Balance prior to 1st disbursement | $ - |
| Tax Disbursements | $ (1,822.93) |
| Insurance Disbursements | $ (4,028.00) |
| HOA Disbursements | $ - |
| Repays | $ 3,919.98 |
| Total T & I Balance | $ (1,930.95) |
| | |
| 3rd Prior Servicer History - Name | |
| Beginning Default Amount | $ - |
| LOC Balance prior to 1st disbursement | $ - |
| Tax Disbursements | $ - |
| Insurance Disbursements | $ - |
| HOA Disbursements | $ - |
| Repays | $ - |
| Total T & I Balance | $ - |
| | |
| TOTAL Prior Servicer T & I Default Amount | $ (6,851.00) |
| | |
| Completed By | Sheik Zubair |
| Date Completed | 7/23/2021 |

| | |
|---|---|
| Total Insurance Paid | $ (13,017.65) |
| Total Taxes Paid | $ (10,718.17) |
| Total HOA Paid | $ - |
| Total Repays | $ 16,884.82 |
| LOC Prior to 1st T & I Disbursement | $ - |
| TOTAL Prior Servicer T & I Default Amount | $ (6,851.00) |

**Financial Freedom**

| LoanNumber | EffectiveDate | TranAmount | Payee | Comments | TranCategory | TranType |
|---|---|---|---|---|---|---|
| | 11/6/2006 | $4,000.00 | Guerrero, Benigno and Ana Guerrero | | Draw | LOC/Net Line Of Credit |
| | 1/10/2007 | $9,500.00 | Guerrero, Benigno and Ana Guerrero | | Draw | LOC/Net Line Of Credit |
| | 3/22/2007 | $9,500.00 | Guerrero, Benigno and Ana Guerrero | | Draw | LOC/Net Line Of Credit |
| | 4/12/2007 | $2,352.07 | Guerrero, Benigno and Ana Guerrero | | Draw | LOC/Net Line Of Credit |
| | 6/11/2007 | $557.90 | Wells Fargo Bank | Mae Zhao | Draw | LOC/Net Line Of Credit |
| | | | | | | |
| | 8/9/2007 | ($91.69) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 9/25/2007 | ($91.69) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 11/7/2007 | ($183.38) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 12/14/2007 | ($91.69) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | | | | | | |
| | 1/10/2008 | ($91.69) | Guerrero, Benigno and Ana Guerrero | Not sufficient funds – 2nd time charge back | Pmt | Part Prepymt/Increase Net LOC |
| | 1/10/2008 | $91.69 | Gue e o, Be gno and Ana Gue e o | ck Check # 1148, in the amount of $91.69, was retu | NSF | Non-Sufficient Returned Check |
| | 7/9/2008 | $615.36 | Wells Fargo Bank | Beverly Baliling | Tax | 571-Taxes |
| | 7/10/2008 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 8/27/2008 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 9/11/2008 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 11/6/2008 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 6/24/2009 | $625.60 | Wells Fargo Bank | Christopher Phillips | Tax | 571-Taxes |
| | 7/20/2010 | ($150.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 7/21/2010 | $920.43 | Wells Fargo Bank | CP 54/55 TO PURCHASE ONE CASHIER'S CHECK TO | Tax | 571-Taxes |
| | 8/19/2010 | ($150.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 9/15/2010 | ($150.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 11/23/2010 | ($150.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 11/23/2010 | $150.00 | Guerrero, Benigno and Ana Guerrero | ufficient funds – 1st time brrwr chk# 1128; dep 11 | NSF | Non-Sufficient Returned Check |
| | 12/29/2010 | ($300.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 2/9/2011 | ($92.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 2/15/2011 | $5,026.00 | BALBOA INSURANCE GROUP | 12/11/2010-11 | Ins | 571-Insurance |
| | 3/21/2011 | ($3,924.30) | Guerrero, Benigno and Ana Guerrero | Balboa 8232711 | Pmt | Part Prepymt/Increase Net LOC |
| | 4/8/2011 | ($92.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 5/9/2011 | ($92.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 6/3/2011 | ($92.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 6/17/2011 | $1,001.76 | Wells Fargo Bank | - BULK CHECK - 8 OF 47 - TOTAL AMOUNT $85,911 | Tax | 571-Taxes |
| | 8/12/2011 | ($190.10) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 8/12/2011 | $190.10 | Guerrero, Benigno and Ana Guerrero | sufficient funds – 1st time brrwr chk# 1234; dep 8 | NSF | Non-Sufficient Returned Check |
| | 9/16/2011 | ($300.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 10/5/2011 | ($270.30) | Guerrero, Benigno and Ana Guerrero | mo | Pmt | Part Prepymt/Increase Net LOC |
| | 11/7/2011 | ($190.10) | Guerrero, Benigno and Ana Guerrero | mo | Pmt | Part Prepymt/Increase Net LOC |
| | 12/7/2011 | ($190.10) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 1/6/2012 | ($190.10) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 2/7/2012 | ($190.10) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 3/8/2012 | ($190.10) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 4/9/2012 | ($190.10) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 5/10/2012 | ($190.10) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 6/11/2012 | ($190.10) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 6/21/2012 | $937.43 | Wells Fargo Bank | 10 OF 30 - BULK CASHIERS CHECK - TOTAL AMOUN | Tax | 571-Taxes |
| | 7/5/2012 | ($200.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 8/8/2012 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 9/6/2012 | ($200.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 11/7/2012 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 12/4/2012 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 1/7/2013 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 4/19/2013 | $2,117.81 | QBE FIRST | Joyce Wiltrout 3/1/13 to 3/1/14 | Ins | 571-Insurance |
| | 5/8/2013 | ($1,757.99) | Guerrero, Benigno and Ana Guerrero | QBE Refund, Ck#3008287. | Pmt | Part Prepymt/Increase Net LOC |
| | 6/21/2013 | $966.55 | Wells Fargo Bank | // BULK PAYMENT PROCESSED FOR SINGLE CASHIE | Tax | 571-Taxes |
| | 7/10/2013 | ($105.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 8/7/2013 | ($105.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 8/7/2013 | $105.00 | Guerrero, Benigno and Ana Guerrero | ufficient funds – 2nd time borrower ck#175, dep 8 | NSF | Non-Sufficient Returned Check |
| | 9/5/2013 | ($210.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 2/6/2014 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 4/7/2014 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 5/6/2014 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 5/6/2014 | $100.00 | Guerrero, Benigno and Ana Guerrero | ufficient funds – 2nd time borrower ck 214, dep 5/ | NSF | Non-Sufficient Returned Check |
| | 6/3/2014 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 6/5/2014 | $984.81 | Wells Fargo Bank | AM 2013 – BULK CASHIERS CHECK | Tax | 571-Taxes |
| | 7/7/2014 | ($113.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 8/6/2014 | ($113.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 9/8/2014 | ($113.00) | Guerrero, Benigno and Ana Guerrero | money order | Pmt | Part Prepymt/Increase Net LOC |
| | 10/8/2014 | ($40.00) | Guerrero, Benigno and Ana Guerrero | money order | Pmt | Part Prepymt/Increase Net LOC |
| | 2/13/2015 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 3/12/2015 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 4/7/2015 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 5/5/2015 | ($100.00) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 6/9/2015 | $988.03 | Wells Fargo Bank | // PROCESSING DRAW AS PART OF BULK CASHIER | Tax | 571-Taxes |
| | 7/7/2015 | ($100.00) | Guerrero, Benigno and Ana Guerrero | money order | Pmt | Part Prepymt/Increase Net LOC |
| | 8/6/2015 | ($100.00) | Guerrero, Benigno and Ana Guerrero | money order | Pmt | Part Prepymt/Increase Net LOC |
| | 8/26/2015 | ($52.19) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 2/10/2016 | ($66.11) | Guerrero, Benigno and Ana Guerrero | rpp active | Pmt | Part Prepymt/Increase Net LOC |
| | 3/9/2016 | ($66.11) | Guerrero, Benigno and Ana Guerrero | RPP Active | Pmt | Part Prepymt/Increase Net LOC |
| | 4/11/2016 | ($66.11) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 5/9/2016 | ($66.11) | Guerrero, Benigno and Ana Guerrero | | Pmt | Part Prepymt/Increase Net LOC |
| | 5/18/2016 | $908.66 | Wells Fargo Bank | AM 2015 | Tax | 571-Taxes |
| | 5/23/2017 | $946.61 | MIAMI-DADE COUNTY TAX COLLECTOR | PD // CC | Tax | 571-Taxes |
| | 8/22/2017 | $1,642.19 | QBE FIRST | Shari Guerard 7/3/2017 - 7/3/2018 | Ins | 571-Insurance |
| | 12/14/2017 | ($962.82) | QBE FIRST | QBE refund ck #3016840 dated 12/12/2017 | Pmt | Part Prepymt/Increase Net LOC |
| | 1/29/2018 | $203.65 | QBE FIRST | Shari Guerard 12/1/2017 - 12/1/2018 | Ins | 571-Insurance |

| | | |
|---|---|---|
| **Total Insurance Paid** | $ | (8,989.65) |
| **Total Taxes Paid** | $ | (8,895.24) |
| **Total Repays** | $ | 12,964.84 |

Celink

| loannumber | idstransactioncode | dtmtransactioncreationdate | curtransactionamt | curlocreserve | curnetloc |
|---|---|---|---|---|---|
| | 81 | 7/26/2018 | $ (550.83) | 33290.82 | -8170.24 |
| | 81 | 8/23/2018 | $ (78.69) | 33365.16 | -8167.77 |
| | 81 | 9/18/2018 | $ (78.69) | 33478.59 | -8125.72 |
| | 81 | 10/24/2018 | $ (41.58) | 33595.23 | -8180.95 |
| | 81 | 11/30/2018 | $ (83.31) | 33712.96 | -8174.61 |
| | 81 | 12/28/2018 | $ (97.87) | 33835.8 | -8154.38 |
| | 81 | 1/25/2019 | $ (71.92) | 33961.32 | -8140.3 |
| | 91 | 2/22/2019 | $ 1,667.00 | 34087.65 | -9864.99 |
| | 81 | 3/22/2019 | $ (82.81) | 34212.01 | -9840.82 |
| | 81 | 4/25/2019 | $ (83.23) | 34336.86 | -9821.44 |
| | 81 | 5/23/2019 | $ (166.61) | 34460.97 | -9738.4 |
| | 81 | 6/26/2019 | $ (83.31) | 34581.17 | -9717.68 |
| | 81 | 7/30/2019 | $ (62.88) | 34702.48 | -9717.15 |
| | 81 | 8/22/2019 | $ (74.24) | 34821.41 | -9704.75 |
| | 81 | 9/26/2019 | $ (83.31) | 34927.79 | -9681.01 |
| | 81 | 11/12/2019 | $ (14.00) | 35137.55 | -9785.29 |
| | 91 | 1/2/2020 | $ 1,129.00 | 35337.6 | -11011.01 |
| | 81 | 1/23/2020 | $ (447.86) | 35337.6 | -10583.15 |
| | 81 | 3/23/2020 | $ (89.61) | 35530.68 | -10614.11 |
| | 81 | 4/21/2020 | $ (29.22) | 35627.4 | -10584.42 |
| | 81 | 4/21/2020 | $ (60.44) | 35627.4 | -10613.64 |
| | 90 | 5/5/2020 | $ 1,064.46 | 35713.46 | -12465.07 |
| | 90 | 5/5/2020 | $ 758.47 | 35713.46 | -11400.61 |
| | 81 | 6/23/2020 | $ (42.80) | 35766.12 | -12414.55 |
| | 81 | 6/23/2020 | $ (81.70) | 35766.12 | -12457.35 |
| | 81 | 7/21/2020 | $ (124.51) | 35818.94 | -12344.49 |
| | 81 | 8/18/2020 | $ (43.77) | 35871.93 | -12254.87 |
| | 81 | 8/18/2020 | $ (80.07) | 35871.93 | -12298.64 |
| | 91 | 8/25/2020 | $ 1,232.00 | 35871.93 | -13506.87 |
| | 81 | 11/24/2020 | $ (392.66) | 36029.92 | -13280.5 |
| | 81 | 12/16/2020 | $ (129.14) | 36081.93 | -13206.99 |
| | 81 | 2/23/2021 | $ (150.39) | 36186.44 | -26225.6 |
| | 81 | 2/23/2021 | $ (111.20) | 36186.44 | -26375.99 |
| | 81 | 3/23/2021 | $ (130.46) | 36237.95 | -26172.69 |
| | 81 | 4/20/2021 | $ (130.37) | 36289.96 | -26219.69 |
| | 81 | 5/19/2021 | $ (109.77) | 36341.47 | -26186.8 |
| | 81 | 6/23/2021 | $ (112.73) | 36392.81 | -26150.69 |

| | |
|---|---|
| Total Insurance Paid | $ (4,028.00) |
| Total Taxes Paid | $ (1,822.93) |
| Total Repays | $ 3,919.98 |

| Sheik Zubair |
|---|
| 7/23/2021 |

| | |
|---|---|
| Total Insurance Paid | $ (13,017.65) |
| Total Taxes Paid | $ (10,718.17) |
| Total Repays | $ 16,884.82 |
| TOTAL Prior Servicer T & I Default Amount | $ (6,851.00) |



## Balance Details

### Principal Limit Calculation

| Field | Value |
|---|---|
| Orig. Principal Limit: | $144,966.50 |
| **Current Principal Limit:** | $233,298.01 |
| Principal Balance: | $175,957.74 |
| Interest Balance: | $72,947.83 |
| MIP Balance: | $2,798.30 |
| Service Fee Balance: | $4,755.64 |
| - **Loan Balance:** Less | **$256,459.51** |
| - Service Fee Set-Aside: | $2,800.13 |
| - Repair Set-Aside: | $0.00 |
| - First Year Set-Aside: | $0.00 |
| - Credit Line Set-Aside: | $0.00 |
| - Life Expectancy Set-Aside: | $0.00 |
| ★**=Net Principal Limit:** | ($25,961.63) |

### Loan Balance Distribution

### Pay Plan Information

| Field | Value |
|---|---|
| Pay Plan Type: | Line of Credit |
| Payment Status: | Active Payments |
| Monthly Payment: | $0.00 |
| Monthly Tax & Ins. Withheld: | $0.00 |
| Net Monthly Payment: | $0.00 |
| # of Remaining Payments: | 0 |
| Maximum Claim: | $213,500.00 |
| Monthly Service Fee: | $35.00 |
| Print Statements: | ✓ |
| Prohibit All Correspondence: | |

### Credit Line Information

| Field | Value |
|---|---|
| Current Net Credit Line: | $0.00 |

### Life Expectancy Set-Aside

| Field | Value |
|---|---|
| LESA Type: | Not Required |
| LESA Payment Status: | LESA-Active Payments |
| Semi-Annual Payment: | $0.00 |

### Other Balances

| Field | Value |
|---|---|
| Tax & Ins. Withheld: | $0.00 |
| IMIP Paid By Borrower: | $0.00 |
| IMIP Paid By Lender: | $0.00 |

★ **Net Principal Limit = Current Principal Limit - Loan Balance - Set Asides**

## Loan Summary

### Default:

| Field | Value |
|---|---|
| Default Reason: | Unpaid Taxes |
| Due & Payable Date: | 10/17/2015 |
| Notice Sent to Borrower: | 11/16/2015 ✓ |
| Death Date: | |
| Servicer Notified of Death: | |
| Notice of Default to HUD: | 9/28/2015 ⚠ |
| Title Ordered: | |
| Title Received: | |
| Appraisal Ordered: | 11/18/2015 ✓ |
| Appraisal Effective Date: | 11/23/2015 |
| Appraisal Received: | 11/25/2015 ✓ |
| Inspection Ordered: | |
| Inspection Received: | |
| Property Location Type: | |
| Auto 90-Day Extension: | No |
| Total # of Approved Extensions: | 0 |
| Due & Payable Loan Balance: | $193,235.69 |
| Extension Expiration: | 9/13/2022 |

### Foreclosure/Loss Mitigation:

| Field | Value |
|---|---|
| Referred to Counsel: | 10/18/2016 ✓ |
| First Legal Due Date: | 8/29/2016 |
| First Legal Filed Date: | 11/8/2016 ⚠ |
| HUD Notice of Initiation of FCL: | 11/9/2016 ✓ |
| Appraisal Ordered: | |
| Appraisal Effective Date: | |
| Appraisal Received: | |
| Liquidation Event: | |
| Sale Date: | |
| Property Sold To: | |
| Deed Recorded Date: | |
| Data Gram Completed: | |
| Referred to REO: | |

### Bankruptcy:

| Field | Value |
|---|---|
| # of Days in Bankruptcy: | 1496 |
| # of Bankruptcies: | 1 |
| Bankruptcy Type: | Bankruptcy - Chapter 13 |
| Bankruptcy Filed Date: | 11/8/2017 ✓ |
| Bankruptcy Discharged Date: | |

### REO:

| Field | Value |
|---|---|
| Marketable Title: | |
| REO Sale Date: | |
| REO Sale Price: | $0.00 |
| REO Net Proceeds: | $0.00 |
| Referred to Claims: | |

### Tax and Insurance:

| Field | Value |
|---|---|
| Original Transfer Property Charge: | $6,851.00 |
| Transfer Property Charge Balance: | $6,305.24 |
| Prop Charge Pre D&P Balance: | $0.00 |
| Corp Adv S305 Flood Ins Balance: | $0.00 |
| Corp Adv S305 Hazard Ins Balance: | $1,058.40 |
| Corp Adv S305 Taxes Balance: | $0.00 |
| Corp Adv S305 Ground Rent Balance: | $0.00 |
| Corp Adv S305 HOA Balance: | $0.00 |
| TOTS Balance: | $7,363.64 |
| Active Repayment Plan: | No |
| Payment Status: | N/A |
| # Repayments Made: | N/A |
| # Repayments Remaining: | N/A |

★ **All date fields represent the completion date of their corresponding tasks.**

Financial Freedom
THE REVERSE MORTGAGE SPECIALIST®
P.O. Box 85400
Austin, TX 78708

**Home Equity Conversion Mortgage (HECM)**
**Monthly Mortgage Statement**
**Statement Period 10/01/2017 - 10/31/2017**
**Statement Date 11/01/2017 Page 1 of 2**
**FF Loan #: FHA #:**

**Customer Service 800-441-4428**
**TTY Device Users 866-293-2889**
**Telecommunications Relay**
**Service for hearing impaired: 711**

**RETURN SERVICE REQUESTED**

Guerrero, Benigno and Ana Guerrero
400 SW 109th Avenue
Miami, FL 33174

**Program Type: Line of Credit**
**Term of Monthly Payment: N/A**
**Amount of Monthly Payment: $0.00**

**Interest Rate Change Notice**

As of 12/01/2017, the interest rate on your reverse mortgage will be 2.9300%. Your rate is based on an index value of 1.4300% plus a margin of 1.500%. The index used is the 1-year treasury constant maturities security which was published on 10/30/17 in the Federal Reserve Statistical Release H15.

| Principal Limit & Line of Credit Information | |
|---|---|
| Original Principal Limit | $144,966.50 |
| Growth of Principal Limit | $58,983.91 |
| Service Fee Set Aside | $(3,626.41) |
| Outstanding Principal Balance | $(209,414.86) |
| Repair Set Aside | $0.00 |
| Tax Set Aside | $0.00 |
| Insurance Set Aside | $0.00 |
| **Current Net Principal Limit** | **$(9,090.86)** |
| Servicing Advances | $7,823.43 |
| Line of Credit | $(16,934.29) |

Funds in parenthesis ( ) are not available for advance.

| Rate Information | | |
|---|---|---|
| **October Rates** | **MIP Rate** | **Interest Rate** |
| Daily Periodic Rate | .001370% | .007479% |
| Monthly Periodic Rate | .041667% | .227500% |
| Corresponding APR | .500% | 2.730% |
| November APR | | 2.8100% |
| December APR | | 2.9300% |
| Historic APR | | 3.360% |

APR = Annual Percentage Rate

**Detailed Transaction Information**

| Date | Description | Type | Amount |
|---|---|---|---|
| 09/30/17 | Previous Outstanding Principal Balance | | $208,797.83 |
| 02/16/17 | Funds Advanced-Legal* | Servicing Advance | $350.00 |
| 03/28/17 | Funds Advanced-Legal* | Servicing Advance | $350.00 |
| 03/30/17 | Funds Advanced-Legal* | Servicing Advance | $250.00 |
| 04/27/17 | Funds Advanced-Legal* | Servicing Advance | $350.00 |
| 06/21/17 | Funds Advanced-Legal* | Servicing Advance | $250.00 |
| 07/03/17 | Funds Advanced-Legal* | Servicing Advance | $385.00 |
| 07/26/17 | Funds Advanced-Legal* | Servicing Advance | $927.50 |
| 10/01/17 | Monthly Servicing Fee | Finance Charge | $35.00 |
| 10/04/17 | Funds Advanced-Legal* | Servicing Advance | $175.00 |
| 10/19/17 | Funds Advanced-Inspection | Servicing Advance | $20.00 |
| 10/31/17 | Monthly Interest | Finance Charge | $475.03 |
| 10/31/17 | Monthly Mortgage Insurance Premium | Finance Charge | $87.00 |
| 11/01/17 | Funds Advanced-Legal* | Servicing Advance | $1,312.50 |
| 12/05/16 | Funds Advanced-Legal* | Servicing Advance | $2,672.03 |

*Cut here and mail to the address shown on the Request for Funds Form*

**Request for Funds Form**

**(THIS SPACE INTENTIONALLY LEFT BLANK)**



P.O. Box 85400
Austin, TX 78708

**Home Equity Conversion Mortgage (HECM)**
**Monthly Mortgage Statement**
**Statement Period 10/01/2017 - 10/31/2017**
**Statement Date 11/01/2017** 
**FF Loan #:** **FHA #:**

**Customer Service 800-441-4428**
**TTY Device Users 866-293-2889**
**Telecommunications Relay Service for hearing impaired: 711**

Guerrero, Benigno and Ana Guerrero
400 SW 109th Avenue
Miami, FL 33174

**Program Type: Line of Credit**
**Term of Monthly Payment: N/A**
**Amount of Monthly Payment: $0.00**

**Detailed Transaction Information (cont.)**

| Date | Description | Type | Amount |
|---|---|---|---|
| 12/21/16 | Funds Advanced-Legal* | Servicing Advance | $801.40 |
| **10/31/17** | **Current Outstanding Principal Balance** | | **$209,414.86** |

*Excluded from Principal Balance

For questions regarding your reverse mortgage, please contact our Customer Service team toll free at 1-800-441-4428. We are available Monday through Thursday between 7:00 am and 7:00 pm and Friday between 7:00 am and 5:00 pm Central Time. Please note: our offices will be closed on Friday, November 10, 2017 in observance of Veterans Day and Thursday, November 23, 2017 in observance of Thanksgiving Day.

*Cut here and mail to the address shown on the Request for Funds Form*

**(THIS SPACE INTENTIONALLY LEFT BLANK)**