| Fill in this information to identify the case: |
| --- |
| Debtor 1   Benigno Guerrero |
| Debtor 2 _____ |
| (Spouse, if filing) |
| United States Bankruptcy Court for the SOUTHERN District of FLORIDA |
| Case number <u>17-23520</u>- AJC |

<u>Official Form 410S2</u>

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust</u>    **Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: <u>6809</u>

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

■ Yes. Date of the last notice: 1/5/2022

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | **Description** | **Date Incurred** | | **Amount** |
| --- | --- | --- | --- | --- |
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow): Hazard Insurance | 07/13/2022 | (9) | $717.15 |
| | Flood Insurance | 09/29/2022 | | $2162.51 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Benigno Guerrero                                    Case number (if known) 17-23520 - AJC
          Print Name      Middle Name      Last Name

| Part 2: | **Sign Here** |
|---------|---------------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖  /s/ Keith Labell                                    Date  October 17, 2022
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   Signature

Print      Keith Labell                                 Title   Authorized Agent
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
           First Name      Middle Name      Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address    6409 Congress Avenue, Suite 100
           Number          Street

           Boca Raton, FL 33487
           City                        State        ZIP Code

Contact Phone  470-321-7112                            Email   klabell@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on        October 31, 2022        , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Benigno Guerrero
400 SW 109th Avenue
Miami, FL 33174

And via electronic mail to:

Matthew T Bayard
4343 W. Flagler St.
Ste. 100
Miami, FL 33134

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By: /s/ Songyul Alkhazova

**PHH Mortgage Services**

**PHH MORTGAGE**

Internal Payoff

**Data Update Date: 10/4/2022**

Loan Skey:

Loan Number:

Borrower Last Name:                    Guerrero

Property Address                       400 SW 109TH AVENUE, MIAMI, FL 33174

As of Date:                                                                    10/05/2022

Good through Date:                                                             10/05/2022

Principal Advances:                                                         $ 175,957.74

Interest:                                                                    $ 79,173.68

Interest Rate Type              Monthly (1-Yr CMT)

Current Interest Rate           4.83

MIP:                                                                          $ 2,806.42

MIP Rate                        0.50

Servicing Fees:                                                              $ 5,105.64

Corporate Advances:                                                          $ 4,513.06

Intra Month Per Diem Total:                                                    $ 192.06

Total Amount Due:                                                           $ 267,748.60

Per Diem Post Good Through Date**                                                39.10

*NOTE: this is a not an external payoff and should not be relied upon if the loan is to be paid in full

**per diem is as of the date generated. Any advances incurred between the as of date and the good through date will increase per diem and will not be included here.



# PHH Mortgage Services

## Loan Balance History

**Report Description:** Displays all the transactions for the selected loan

**Loan Skey** ▓
**Borrowers Last Name:** Guerrero
**Loan Number:**

**Propery Address:** 400 SW 109th Avenue, Miami, FL, 33174
**Investor Name:** Ca          ortgage Trust - HB5
**FHA Case Numbe** ▓

| Transaction Date | Transaction Description | Principal Amount | Interest | MIP | Service Fee Amount |
|---|---|---|---|---|---|
| 9/30/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $984.62 | $109.16 | $35.00 |
| 9/29/2022 | Corp Adv - S305 - Flood Insurance | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/20/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($107.92) | $0.00 |
| 9/16/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/13/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $941.82 | $108.76 | $35.00 |
| 8/24/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/23/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/23/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/22/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($107.90) | $0.00 |
| 7/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $763.33 | $108.43 | $35.00 |
| 7/26/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/26/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($107.89) | $0.00 |
| 7/21/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/13/2022 | Corp Adv - S305 - Hazard Insurance | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/6/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/30/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $763.13 | $108.09 | $35.00 |
| 6/23/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/22/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($107.87) | $0.00 |
| 5/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $657.60 | $107.80 | $35.00 |
| 5/26/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($104.47) | $0.00 |
| 5/25/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/24/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/19/2022 | Re-Class Disbursement (Source) | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/19/2022 | Re-Class Disbursement (Source) | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/19/2022 | Re-Class Disbursement (Destination) | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/19/2022 | Re-Class Disbursement (Destination) | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/18/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/30/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $567.82 | $107.54 | $35.00 |
| 4/22/2022 | Part Repay - Transferred Prop Chargs Rev | $0.00 | $0.00 | $64.61 | $0.00 |
| 4/22/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($112.38) | $0.00 |
| 4/18/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($64.61) | $0.00 |
| 4/5/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |



# PHH Mortgage Services
## Loan Balance History

User: mgowtham  Run Time: 10/5/2022 7:55:25 AM

**Loan Skey:** ███████  Good Through Date: 10/5/2022 12:00:00 A

**Report Description:** Displays all the transactions for the selected loan

**Loan Skey:** ████
**Borrowers Last Name:** Guerrero
**Loan Number:**

**Propery Address:** 400 SW 109th Avenue, Miami, FL, 33174
**Investor Name:** C              ortgage Trust - HB5
**FHA Case Numbe** ████████

| Corporate Advance Amount | Totals: |
|---|---|
| $0.00 | **$1,128.78** |
| $2,162.51 | **$2,162.51** |
| $0.00 | **($107.92)** |
| $0.00 | **$0.00** |
| $0.00 | **$0.00** |
| $0.00 | **$1,085.58** |
| $20.00 | **$20.00** |
| $0.00 | **$0.00** |
| $0.00 | **$0.00** |
| $0.00 | **($107.90)** |
| $0.00 | **$906.76** |
| $20.00 | **$20.00** |
| $0.00 | **($107.89)** |
| $20.00 | **$20.00** |
| $717.15 | **$717.15** |
| $20.00 | **$20.00** |
| $0.00 | **$906.22** |
| $0.00 | **$0.00** |
| $0.00 | **($107.87)** |
| $0.00 | **$800.40** |
| $0.00 | **($104.47)** |
| $0.00 | **$0.00** |
| $20.00 | **$20.00** |
| ($20.00) | **($20.00)** |
| ($20.00) | **($20.00)** |
| $0.00 | **$0.00** |
| $0.00 | **$0.00** |
| $0.00 | **$0.00** |
| $0.00 | **$710.36** |
| $0.00 | **$64.61** |
| $0.00 | **($112.38)** |
| $0.00 | **($64.61)** |
| $20.00 | **$20.00** |



# PHH Mortgage Services
## Loan Balance History

User: mgowtham  Run Time: 10/5/2022 7:55:25 AM

Loan Skey ▉▉▉▉  Good Through Date: 10/5/2022 12:00:00 A

**Report Description:** Displays all the transactions for the selected loan

**Loan Skey** ▉▉▉▉
**Borrowers Last Name:** Guerrero
**Loan Number:**

**Propery Address:** 400 SW 109th Avenue, Miami, FL, 33174
**Investor Name:** C            ortgage Trust - HB5
**FHA Case Numbe** ▉▉▉▉▉▉

| Date | Description | | | | |
|---|---|---|---|---|---|
| 3/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $446.87 | $107.42 | $35.00 |
| 3/29/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/28/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($209.10) | $0.00 |
| 3/22/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($108.19) | $0.00 |
| 3/8/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/28/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $384.01 | $107.27 | $35.00 |
| 2/24/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($104.55) | $0.00 |
| 2/10/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/8/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/31/2022 | Monthly Int, MIP Accrual & SF | $0.00 | $366.16 | $107.06 | $35.00 |
| 1/28/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/27/2022 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/13/2022 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/12/2022 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $350.49 | $106.86 | $35.00 |
| 12/17/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/16/2021 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/30/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $337.15 | $106.69 | $35.00 |
| 11/24/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/24/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/23/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/23/2021 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($104.54) | $0.00 |
| 11/17/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/17/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $334.51 | $106.53 | $35.00 |
| 10/28/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/20/2021 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($112.20) | $0.00 |
| 10/12/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/30/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $334.05 | $106.39 | $35.00 |
| 9/27/2021 | Corp Adv - S305 - Hazard Insurance | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/23/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/22/2021 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($112.83) | $0.00 |
| 8/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $337.81 | $106.23 | $35.00 |
| 8/30/2021 | Corp Adv - S310 - Other | $0.00 | $0.00 | $0.00 | $0.00 |



# PHH Mortgage Services

### Loan Balance History

**Report Description:** Displays all the transactions for the selected loan

**Loan Ske** ▮▮▮▮▮

**Borrowers Last Name:** Guerrero

**Loan Number:**

**Propery Address:** 400 SW 109th Avenue, Miami, FL, 33174

**Investor Name:** C▮▮▮▮▮ortgage Trust - HB5

**FHA Case Numbe** ▮▮▮▮▮

| | |
|---:|---:|
| $0.00 | **$589.29** |
| $0.00 | **$0.00** |
| $0.00 | **($209.10)** |
| $0.00 | **($108.19)** |
| $20.00 | **$20.00** |
| $0.00 | **$526.28** |
| $0.00 | **($104.55)** |
| $0.00 | **$0.00** |
| $20.00 | **$20.00** |
| $0.00 | **$508.22** |
| $0.00 | **$0.00** |
| $0.00 | **$0.00** |
| $0.00 | **$0.00** |
| $20.00 | **$20.00** |
| $0.00 | **$492.35** |
| $20.00 | **$20.00** |
| $0.00 | **$0.00** |
| $0.00 | **$478.84** |
| $20.00 | **$20.00** |
| $0.00 | **$0.00** |
| $0.00 | **$0.00** |
| $0.00 | **($104.54)** |
| $0.00 | **$0.00** |
| $0.00 | **$0.00** |
| $0.00 | **$476.04** |
| $20.00 | **$20.00** |
| $0.00 | **($112.20)** |
| $20.00 | **$20.00** |
| $0.00 | **$475.44** |
| $1,058.40 | **$1,058.40** |
| $20.00 | **$20.00** |
| $0.00 | **($112.83)** |
| $0.00 | **$479.04** |
| $0.00 | **$0.00** |



# PHH Mortgage Services

**Loan Balance History**

User: mgowtham  Run Time: 10/5/2022 7:55:25 AM

**Loan Skey** ▮▮▮  **Good Through Date:** 10/5/2022 12:00:00 A

**Report Description:** Displays all the transactions for the selected loan

**Loan Skey:** ▮▮▮
**Borrowers Last Name:** Guerrero
**Loan Number:**

**Propery Address:** 400 SW 109th Avenue, Miami, FL, 33174
**Investor Name:** Ca          ortgage Trust - HB5
**FHA Case Number** ▮▮▮

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 8/30/2021 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/30/2021 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/20/2021 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($112.19) | $0.00 |
| 8/20/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/17/2021 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $326.70 | $106.08 | $35.00 |
| 7/28/2021 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/19/2021 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($104.00) | $0.00 |
| 7/2/2021 | Loan Setup - Advances (Principal) | $169,106.74 | $0.00 | $0.00 | $0.00 |
| 7/2/2021 | Loan Setup - Interest Balance | $0.00 | $71,277.61 | $0.00 | $0.00 |
| 7/2/2021 | Loan Setup - Monthly MIP Balance | $0.00 | $0.00 | $2,812.14 | $0.00 |
| 7/2/2021 | Loan Setup - Service Fee Balance | $0.00 | $0.00 | $0.00 | $4,580.64 |
| 7/2/2021 | Loan Setup - Property Charges Balance | $6,851.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | | **$175,957.74** | **$79,173.68** | **$2,806.42** | **$5,105.64** |



# PHH Mortgage Services

**Loan Balance History**

User: mgowtham  Run Time: 10/5/2022 7:55:25 AM

**Loan Skey** ▮▮▮▮▮▮ **Good Through Date:** 10/5/2022 12:00:00 A

**Report Description:** Displays all the transactions for the selected loan

**Loan Skey** ▮▮▮▮▮▮
**Borrowers Last Name:** Guerrero
**Loan Number:**

**Propery Address:** 400 SW 109th Avenue, Miami, FL, 33174
**Investor Name:** C           rtgage Trust - HB5
**FHA Case Numbe** ▮▮▮▮▮▮

| | |
|---:|---:|
| $52.50 | **$52.50** |
| $0.00 | **$0.00** |
| $0.00 | **($112.19)** |
| $20.00 | **$20.00** |
| $0.00 | **$0.00** |
| $0.00 | **$467.78** |
| $262.50 | **$262.50** |
| $0.00 | **($104.00)** |
| $0.00 | **$169,106.74** |
| $0.00 | **$71,277.61** |
| $0.00 | **$2,812.14** |
| $0.00 | **$4,580.64** |
| $0.00 | **$6,851.00** |
| **$4,513.06** | **$267,556.54** |

**PHH MORTGAGE**

# PHH Mortgage Services
## Disbursement Detail Report

10/05/2022 07:56:11 AM

| Servicer Name: | ALL | | Product Type: | ALL | | Disb. Type: | ALL | | Disb. Date: | ALL | | Disb. Status: | All |
| Investor Name: | ALL | | Pay Plan Type: | ALL | | Reimbursable: | Included | | Fund Req. Date: | ALL | | ARM Type: | ALL |
| Investor Pool: | ALL | | Transaction Type: | ALL | | Voided: | Included | | Voided Date: | ALL | | Rate Index Type: | ALL |
| Loan Status: | ALL | | Property State: | ALL | | Cleared: | Included | | Cleared Date: | ALL | | | |
| Loan Sub-Status: | | | Created By: | ALL | | Pymt Stopped: | ALL | | Process Date: | ALL | | | |
| Loan Skey: | | | Credit Type: | ALL | | Check #: | ALL | | Create Date: | ALL | | | |

**Servicer Name: PHH Mortgage Services**

**Investor Name: Cascade Fu**

| Investor Pool | Loan Skey | Loan # | Loan Status | Payment Plan | Disbursement Type | Pay To | Check # | Created By | Create Date | Process Date | Disb. Date | Disb. Amount | Disbursed | Cleared | Voided | Reimb. | Stopped |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | **Disbursement Status** | | |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | 5 | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 08/17/2021 | 08/19/2021 | 08/20/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 09/20/2021 | 09/22/2021 | 09/23/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 10/07/2021 | 10/11/2021 | 10/12/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 10/25/2021 | 10/27/2021 | 10/28/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 01/07/2022 | 01/11/2022 | 01/12/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 11/19/2021 | 11/23/2021 | 11/24/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 12/14/2021 | 12/16/2021 | 12/17/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 02/02/2022 | 02/07/2022 | 02/08/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 03/03/2022 | 03/07/2022 | 03/08/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 03/31/2022 | 04/04/2022 | 04/05/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 05/19/2022 | 05/23/2022 | 05/24/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 06/30/2022 | 07/05/2022 | 07/06/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 07/18/2022 | 07/20/2022 | 07/21/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 07/21/2022 | 07/25/2022 | 07/26/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 MAH (Celink) Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 08/19/2022 | 08/23/2022 | 08/24/2022 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |

10/05/2022 07:56:11 AM

# PHH Mortgage Services

**MORTGAGE**

## Disbursement Detail Report

| Servicer Name: | ALL | | Product Type: | ALL | | Disb. Type: | ALL | | Disb. Date: | ALL | | Disb. Status: | All |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Investor Name: | ALL | | Pay Plan Type: | ALL | | Reimbursable: | Included | | Fund Req. Date: | ALL | | ARM Type: | ALL |
| Investor Pool: | ALL | | Transaction Type: | ALL | | Voided: | Included | | Voided Date: | ALL | | Rate Index Type: | ALL |
| Loan Status: | ALL | | Property State: | ALL | | Cleared: | Included | | Cleared Date: | ALL | | | |
| Loan Sub-Status: | | | Created By: | ALL | | Pymt Stopped: | Included | | Process Date: | ALL | | | |
| Loan Skey: | | | Credit Type: | ALL | | Check #: | ALL | | Create Date: | ALL | | | |

| Investor Pool | Loan | Loan # | Loan Skey | Loan Status | Payment Plan | Disbursement Type | Pay To | Check # | Created By | Create Date | Process Date | Disb. Date | Disb. Amount | Disbursement Status | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | Disbursed | Cleared | Voided | Reimb. | Stopped |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Field Representatives, Inc. (N) | | System Process | 09/13/2022 | 09/15/2022 | 09/16/2022 | $20.00 | ☑ | ☐ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | SWBC Insurance Services, Inc. | | System Process | 09/26/2022 | 09/28/2022 | 09/29/2022 | $2,162.51 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | SWBC Insurance Services, Inc. | | System Process | 07/08/2022 | 07/12/2022 | 07/13/2022 | $717.15 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | SWBC Insurance Services, Inc. | | System Process | 09/22/2021 | 09/24/2021 | 09/27/2021 | $1,058.40 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Charles A. Brown & Associates, P.L.L.C | | System Process | 08/12/2021 | 08/16/2021 | 08/17/2021 | $50.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 01/11/2022 | 01/12/2022 | 01/13/2022 | $0.43 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 01/25/2022 | 01/27/2022 | 01/28/2022 | $0.43 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 11/09/2021 | 11/16/2021 | 11/17/2021 | $1.08 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 11/09/2021 | 11/16/2021 | 11/17/2021 | $0.64 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 11/17/2021 | 11/22/2021 | 11/23/2021 | $0.43 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 11/17/2021 | 11/23/2021 | 11/24/2021 | $0.64 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 05/23/2022 | 05/24/2022 | 05/25/2022 | $26.25 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 06/16/2022 | 06/22/2022 | 06/23/2022 | $0.43 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 08/17/2022 | 08/22/2022 | 08/23/2022 | $0.43 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 05/11/2022 | 05/17/2022 | 05/18/2022 | $0.43 | ☑ | ☑ | ☐ | ☐ | ☐ |

# PHH Mortgage Services

**MORTGAGE**

## Disbursement Detail Report

10/05/2022 07:56:11 AM

| Servicer Name: | ALL | Product Type: | ALL | Disb. Type: | ALL | Disb. Date: | ALL | Disb. Status: | All |
| Investor Name: | ALL | Pay Plan Type: | ALL | Reimbursable: | Included | Fund Req. Date: | ALL | ARM Type: | ALL |
| Investor Pool: | ALL | Transaction Type: | ALL | Voided: | Included | Voided Date: | ALL | Rate Index Type: | ALL |
| Loan Status: | ALL | Property State: | ALL | Cleared: | Included | Cleared Date: | ALL | | |
| Loan Sub-Status: | ALL | Created By: | ALL | Pymt Stopped: | Included | Process Date: | ALL | | |
| Loan Skey: | | Credit Type: | ALL | Check #: | ALL | Create Date: | ALL | | |

| Loan Skey | Loan # | Loan Status | Payment Plan | Disbursement Type | Pay To | Check # | Created By | Create Date | Process Date | Disb. Date | Disb. Amount | Disbursed | Cleared | Voided | Reimb. | Stopped |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Investor Pool** | | | | | | | | | | | | Disbursement Status | | | |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 03/24/2022 | 03/28/2022 | 03/29/2022 | $0.43 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 02/07/2022 | 02/09/2022 | 02/10/2022 | $0.43 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 10/03/2022 | 10/05/2022 | | $0.43 | ☑ | ☐ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | System Process | 09/09/2022 | 09/12/2022 | 09/13/2022 | $0.43 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | System Process | 07/27/2021 | 07/27/2021 | 07/28/2021 | $262.50 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | System Process | 08/27/2021 | 08/27/2021 | 08/30/2021 | $52.50 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | System Process | 08/27/2021 | 08/27/2021 | 08/30/2021 | $50.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | System Process | 01/26/2022 | 01/26/2022 | 01/27/2022 | $100.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | System Process | 12/15/2021 | 12/15/2021 | 12/16/2021 | $50.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| Cascade Funding 2021 HB5 - MAM (Celink) Transfer | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | System Process | 08/27/2021 | 08/27/2021 | 08/30/2021 | $26.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| **Total for Investor: Cascade Funding Mortgage Trust - HB5** | | | Loan Count: 1 | | | | | | Disbursement Count: 41 | | $4,882.40 | 40 | 39 | 0 | 0 | 0 |
| **Total for Servicer: PHH Mortgage Services** | | | Loan Count: 1 | | | | | | Disbursement Count: 41 | | $4,882.40 | 40 | 39 | 0 | 0 | 0 |
| **Grand Total:** | | | | | | | | | | | $4,882.40 | 40 | 39 | 0 | 0 | 0 |

Alerts Included: ALL
Alerts Excluded: None

| Skey | |
|---|---|
| Borrower Last Name | Guerrero |
| Property Address | 400 SW 109th Avenue, Miami, FL 33174 |
| MCA | 123.20 % |

**Total Amount Due for Reinstatement** $ 9,173.03

**Reinstatement as of:** 10/05/2022 12:00 AM

**\*This amount will change when any new advance is made for taxes, insurance, and/or HOA/COA Dues.**

**Details/Breakdown**

| *Corporate Advances* | | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 09/27/2021 | Corp Adv - S305 - Hazard Insurance | $ 1,058.40 |
| 07/13/2022 | Corp Adv - S305 - Hazard Insurance | $ 717.15 |
| 09/29/2022 | Corp Adv - S305 - Flood Insurance | $ 2,162.51 |
| **Total** | | **$ 3,938.06** |

| *Remittances* | | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 07/19/2021 | Part Repay - Transferred Prop Charges | ($ 104.00) |
| 08/20/2021 | Part Repay - Transferred Prop Charges | ($ 112.19) |
| 09/22/2021 | Part Repay - Transferred Prop Charges | ($ 112.83) |
| 10/20/2021 | Part Repay - Transferred Prop Charges | ($ 112.20) |
| 11/23/2021 | Part Repay - Transferred Prop Charges | ($ 104.54) |
| 02/24/2022 | Part Repay - Transferred Prop Charges | ($ 104.55) |
| 03/22/2022 | Part Repay - Transferred Prop Charges | ($ 108.19) |
| 03/28/2022 | Part Repay - Transferred Prop Charges | ($ 209.10) |
| 04/18/2022 | Part Repay - Transferred Prop Charges | ($ 64.61) |
| 04/22/2022 | Part Repay - Transferred Prop Chargs Rev | $ 64.61 |
| 04/22/2022 | Part Repay - Transferred Prop Charges | ($ 112.38) |
| 05/26/2022 | Part Repay - Transferred Prop Charges | ($ 104.47) |
| 06/22/2022 | Part Repay - Transferred Prop Charges | ($ 107.87) |
| 07/26/2022 | Part Repay - Transferred Prop Charges | ($ 107.89) |
| 08/22/2022 | Part Repay - Transferred Prop Charges | ($ 107.90) |
| 09/20/2022 | Part Repay - Transferred Prop Charges | ($ 107.92) |
| **Total** | | **($ 1,616.03)** |

| *Transfer Charges* | | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 09/30/2022 | Prior Servicer Property Charges | $ 6,851.00 |
| **Total** | | **$ 6,851.00** |

**PHH Mortgage Services**

**Remittance Detail Report**

MORTGAGE

10/05/2022 07:56:28 AM

| | | |
|---|---|---|
| Servicer Name: ALL | Product Type: ALL | Remit Create Date: ALL |
| Investor Name: ALL | Loan Status: ALL | Remit. Created By: ALL |
| Investor Pool: ALL | Loan Sub-Status: ALL | Remit. Effective Date: |
| Loan Channel: | Remit. Type: ALL | Ref. Check #: ALL |
| Loan Skey: | Remit. Amount: ALL | Remitted By: ALL |
| Remit Trans. Types: ALL | Remit. Status: ALL | Batch Skey: ALL |
| | | Mail Room Batch #: ALL |

ortgage Services  -  Cascade Funding Mortgage Trust -

cade Funding 2021 HB5 - MAM (Celink) Transfer

| Loan # Skey | Loan Status | Loan Sub-Status | Batch Skey | Transaction Type | Effective Date | Remit Type | Remit Status | Remit Check Date Amount | Reference Check # | Created By | Create Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 07/15/2021 | Wire | Active | $104.00 07/15/2021 | | Daniel Williams | 07/19/2021 11:13AM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 08/20/2021 | Check | Active | $112.19 08/17/2021 | | Daniel Williams | 08/20/2021 12:52PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 09/21/2021 | Check | Active | $47.96 09/15/2021 | | Nicole Golston | 09/22/2021 09:16AM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 09/21/2021 | Check | Active | $64.87 09/15/2021 | | Nicole Golston | 09/22/2021 09:16AM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 10/19/2021 | Check | Active | $47.70 10/14/2021 | | Nicole Golston | 10/20/2021 04:16PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 10/19/2021 | Check | Active | $64.50 10/14/2021 | | Nicole Golston | 10/20/2021 04:17PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 11/23/2021 | Check | Active | $44.44 11/18/2021 | | Shandrica Hawkins | 11/23/2021 01:44PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 11/23/2021 | Check | Active | $60.10 11/18/2021 | | Shandrica Hawkins | 11/23/2021 01:44PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 02/23/2022 | Check | Active | $104.55 02/17/2022 | | Nicole Golston | 02/24/2022 10:53AM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 03/21/2022 | Check | Active | $45.99 03/16/2022 | | Shandrica Hawkins | 03/22/2022 10:11AM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 03/21/2022 | Check | Active | $62.20 03/16/2022 | | Shandrica Hawkins | 03/22/2022 10:11AM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 03/25/2022 | Check | Active | $104.54 03/14/2022 | | Nicole Golston | 03/28/2022 10:50AM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 03/25/2022 | Check | Active | $104.56 03/14/2022 | | Nicole Golston | 03/28/2022 11:50AM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 04/15/2022 | Check | Active | $47.77 04/12/2022 | | Tommy Rochman | 04/22/2022 01:37PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 04/15/2022 | Check | Active | $64.61 04/12/2022 | | Tommy Rochman | 04/22/2022 01:37PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 05/24/2022 | Check | Active | $104.47 05/19/2022 | | Nicole Golston | 05/26/2022 01:50PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 06/22/2022 | Check | Active | $45.86 06/16/2022 | | Shandrica Hawkins | 06/22/2022 02:55PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 06/22/2022 | Check | Active | $62.01 06/16/2022 | | Shandrica Hawkins | 06/22/2022 02:55PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 07/25/2022 | Check | Active | $107.89 07/20/2022 | | Nicole Golston | 07/26/2022 02:17PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 08/22/2022 | Check | Active | $45.87 08/17/2022 | | Mary St Julian | 08/22/2022 04:22PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 08/22/2022 | Check | Active | $62.03 08/17/2022 | | Mary St Julian | 08/22/2022 04:22PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 09/19/2022 | Check | Active | $45.88 09/15/2022 | | Julio Gonzalez | 09/20/2022 03:19PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 09/19/2022 | Check | Active | $62.04 09/15/2022 | | Julio Gonzalez | 09/20/2022 03:20PM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 04/15/2022 | Check | Inactive | $47.77 04/12/2022 | | Shandrica Hawkins | 04/18/2022 10:14AM |
| | BNK/FCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 04/15/2022 | Check | Inactive | $64.61 04/12/2022 | | Shandrica Hawkins | 04/18/2022 10:14AM |

Total for Cascade Funding 2021 HB5 - MAM (Celink) Transfer          Loan Count: 1          Remit Transaction(s) Count: 25          $1,728.41

**Total for Cascade Funding Mortgage Trust - HB5          Loan Count: 1          Remit Transaction(s) Count: 25          $1,728.41**

10/05/2022 07:56:28 AM

**PHH** MORTGAGE

## PHH Mortgage Services

### Remittance Detail Report

| | | |
|---|---|---|
| Servicer Name: ALL | Product Type: ALL | Remit Create Date: ALL |
| Investor Name: ALL | Loan Status: ALL | Remit Created By: ALL |
| Investor Pool: ALL | Loan Sub-Status: ALL | Remit. Effective Date: ALL |
| Loan Channel: | Remit. Type: ALL | Ref. Check #: ALL |
| Loan Skey: | Remit. Amount: ALL | Remitted By: ALL |
| Remit Trans. Types: ALL | Remit. Status: ALL | Batch Skey: ALL |
| | | Mail Room Batch #: ALL |

| Loan # | Loan Skey | Loan Status | Loan Sub-Status | Batch Skey | Transaction Type | Effective Date | Remit Type | Remit Status | Remit Amount | Check Date | Reference Check # | Created By | Create Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Remit Transaction(s) Count: 25 | | | $1,728.41 | | | | |
| **Grand Total:** | | | | | | Loan Count: 1 | | | | | | | |

Alerts Included: **ALL**
Alerts Excluded: **NONE**

Created By:



P.O. Box 24606
West Palm Beach, FL 33416

Statement Date:    October 01, 2022
Month Ending:    September 30, 2022

# Monthly Statement



Benigno Guerrero
400 SW 109th Avenue
Miami, FL 33174

### *** THIS IS NOT A BILL ***

| Account Information | | *Credit Line Set Aside Information | |
|---|---|---|---|
| Pay Plan Type: | Line of Credit | Original Credit Line: | $0.00 |
| Funded Date: | | Current Gross Credit Line: | $0.00 |
| Loan #: | | Unsch. Credit Line Disb. Bal. (-): | $0.00 |
| Borrower: | Benigno Guerrero | Net Credit Line Set Aside (=): | **$0.00** |
| Property: | 400 SW 109th Avenue Miami, FL 33174 | *Modified Term or Modified Tenure only* | |

| Interest Rates | | | | | Principal Limit Information | |
|---|---|---|---|---|---|---|
| ARM Type: Monthly | | Rate Index: 1-Year CMT | | | Original Principal Limit: | $144,966.50 |
| **Month** | **Index** | **Margin** | **Int. Rate** | *(Index+Margin)* | Current Principal Limit: | $239,952.31 |
| September | 3.010% | 1.500% | 4.510% | | Loan Balance (-): | $263,043.48 |
| October | 3.330% | 1.500% | 4.830% | | Repair Set Aside (-): | $0.00 |
| November(**) | 4.080% | 1.500% | 5.580% | | First Year Set Aside (-): | $0.00 |
| *Your Reverse Mortgage loan has a variable-rate feature; the monthly and daily periodic rates may vary as a result. Please refer to important information found on the back of this monthly statement and on the additional page.* | | | | | Credit Line Set Aside (-): | $0.00 |
| | | | | | Life Expectancy Set Aside Amt (-): | $0.00 |
| | | | | | Servicing Fee Set Aside (-): | $2,601.59 |
| | | | | | Net Principal Limit (=): | **($25,692.76)** |

**Interest Rate Information**

### ANNUAL PERCENTAGE RATE (APR): 5.170%

| Loan Periodic Rates: | | Mortgage Insurance Premium (MIP) Periodic Rates: | | Finance Charge: | |
|---|---|---|---|---|---|
| Monthly Periodic Rate on Applicable Principal Balance: | 0.376% | MIP Monthly Periodic Rate on Applicable Principal Balance: | 0.042% | Periodic **Finance Charge:** | **$984.62** |
| Daily Periodic Rate on Applicable Advances or Payments: | 0.012% | MIP Daily Periodic Rate on Applicable Advances or Payments: | 0.001% | | |
| Corresponding APR: | 4.510% | Corresponding APR: | 0.500% | | |

**** Notice of Changes in your Interest Rate on your Adjustable Rate Reverse Mortgage**

On November 01, 2022, the interest rate on your adjustable-rate Reverse Mortgage will increase from 4.830% to 5.580%. Your present interest rate was based on an index value of 3.330%. To determine your new interest rate, we added the current index value of 4.080% as of September 26, 2022 as published by the Federal Reserve Bank, to the agreed upon margin of 1.500% for a total of 5.580%. This new rate has not been rounded to the nearest 1/8th percent. The initial interest rate on your mortgage was 6.520%, which may not be increased beyond 16.520% during the life of the mortgage.

**Total Funds Available**

| Net Credit Line Set Aside + Net Principal Limit = | **$0.00** |
|---|---|

If you have any questions or would like further information on your reverse mortgage, please call our Customer Service Support Team at the number shown below. They are available to assist you Monday - Thursday 8:00 AM to 8:00 PM Eastern Time & Friday 8:00 AM to 7:00 PM Eastern Time.



Loan Ske
Rep. Skey

P.O. Box 24606, West Palm Beach, FL 33416
Phone (866) 503-5559 ~ FAX (561) 682-8644 ~ TRS 711
Email customerassist@phhreverse.com

Page 1 of 4



P.O. Box 24606
West Palm Beach, FL 33416

Statement Date: October 01, 2022
Month Ending:     September 30, 2022

## Loan Balance Activity

| | Current Month | Year To Date |
|---|---|---|
| Previous Loan Balance: | **$262,022.62** | **$256,951.86** |
| Loan Advance / Scheduled Payment (if applicable): | $0.00 | $0.00 |
| Loan Advance / Unscheduled Disbursements (if applicable): | $0.00 | $0.00 |
| Repair Set Aside Disbursements: | $0.00 | $0.00 |
| Taxes Paid: | $0.00 | $0.00 |
| Insurance Paid: | $0.00 | $0.00 |
| Other Property Charges: | $0.00 | $0.00 |
| Interest **(Finance Charge)**: | $984.62 | $5,875.36 |
| MIP **(Finance Charge)**: paid to HUD: | $109.16 | $971.53 |
| Monthly Servicing Fee **(Finance Charge)**: | $35.00 | $315.00 |
| Change of Plan Fee/Misc. **(Finance Charge)**: | $0.00 | $0.00 |
| Repayments (See Transaction Information): | ($107.92) | ($1,070.27) |
| *Total Balance Activity:* | *$1,020.86* | *$6,091.62* |
| Closing Loan Balance as of September 30, 2022: | **$263,043.48** | **$263,043.48** |
| * Corporate Advance (not part of Loan Balance): | $2,162.51 | $3,019.66 |

## Transaction Information

| Transaction Date | Effective Date | Transaction Description | Principal Advances | Interest | MIP | Servicing Fee | Cumulative Loan Advances this Month | *Corporate Advance (not part of Loan Balance) |
|---|---|---|---|---|---|---|---|---|
| 9/20/2022 | 9/19/2022 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($107.92) | $0.00 | ($107.92) | $0.00 |
| 9/29/2022 | 9/29/2022 | Corp Adv - S305 - Flood Insurance | $0.00 | $0.00 | $0.00 | $0.00 | ($107.92) | $2,162.51 |
| 9/30/2022 | 9/30/2022 | Monthly Interest, MIP Accrual & SF | $0.00 | $984.62 | $109.16 | $35.00 | $1,020.86 | $0.00 |
| **Grand Total:** | | | **$0.00** | **$984.62** | **$1.24** | **$35.00** | **$1,020.86** | **$2,162.51** |

*(Int) Interest - (MIP) Mortgage Insurance Premium - (SF) Servicing Fee - (Disb) Advance Disbursement - (Part Repay) Partial Repayment*

Loan Skey
Rep. Skey



P.O. Box 24606, West Palm Beach, FL 33416
Phone (866) 503-5559 ~ FAX (561) 682-8644 ~ TRS 711
Email customerassist@phhreverse.com

Page 2 of 4



**MORTGAGE**

P.O. Box 24606
West Palm Beach, FL 33416

Statement Date:  October 01, 2022
Month Ending:     September 30, 2022

**A. ANNUAL PERCENTAGE RATE (APR)**
The ANNUAL PERCENTAGE RATE for the interest portion of your FINANCE CHARGE may increase or decrease annually based upon  changes in  the ("Index").  Therefore the monthly and daily periodic rates relating to the interest portion of your FINANCE CHARGE may vary.  To determine the ANNUAL PERCENTAGE RATE that will apply to your  Account, we add a margin to the value of the Index, subject to certain rate limitations as provided in your Reverse Mortgage Note.

The corresponding annual percentage rate for the interest portion of the FINANCE CHARGE does not include costs other than interest. The historical ANNUAL PERCENTAGE RATE includes interest and all other FINANCE CHARGES that relate to your loan.

**B. FINANCE CHARGES**
Each advance or payment made to you or on your behalf under your Reverse Mortgage will be subject to a FINANCE CHARGE beginning on the day after each advance or payment is made.  A FINANCE CHARGE will continue to be assessed on your Reverse Mortgage until the entire outstanding balance and all fees due under the Notes, Security Instruments and Loan Agreement are paid.

**C. INTEREST**
The interest portion of the FINANCE CHARGE on your Account is computed by (i) calculating the FINANCE CHARGE on the balance existing at the beginning of each month, which includes any payments or credits applied to your loan during the previous month, (ii) calculating the FINANCE CHARGE on each advance, payment or credit made to you or on your behalf during the month, and then (iii) adding all of these sums together, as follows:

We start with the outstanding principal balance on your Account at the beginning of each month, which includes FINANCE CHARGES from the previous month (the "Previous Loan Balance").  At the end of each month, we multiply the Previous Loan Balance by the then-current ANNUAL PERCENTAGE RATE divided by 12 (the "Monthly Periodic Rate").

At the end of each month in which any advances (also known as disbursements and labeled as "Disb" on this statement) or payments have been made to you or on your behalf, we multiply the amount of the advance or payment by the number of days remaining in the month after that advance or payment was made (not including the day the advance was made) and then multiply this amount by the then-current ANNUAL PERCENTAGE RATE divided by 365 (the "Daily Periodic Rate").  This calculation is repeated for each advance or payment made to you or on your behalf during the month.

The sum of the final result of these calculations equals the interest portion of your FINANCE CHARGE for the month.

**D. MORTGAGE INSURANCE PREMIUMS (MIP)**
In addition, mortgage insurance premiums ("MIP"), which are a FINANCE CHARGE, are computed by as follows:

At the end of each month, we multiply the lesser of the Previous Loan Balance or the maximum balance on which HUD requires MIP to be paid to it by your MIP rate divided by 12 (the "MIP Monthly Period Rate").  At the end of each month in which any advances (also known as disbursements and labeled as "Disb" on this statement) or payments have been made to you or on your behalf, we multiply the amount of the advance or payment (other than any advance or payment that exceeds the maximum advances or payments on which HUD requires MIP to be paid) by the number of days remaining in the month after that advance or payment was made (not including the day the advance was made), and then multiply this amount by your MIP rate divided by 365 (the "MIP Daily Periodic Rate").  This calculation is repeated for each advance or payment made to you or on your behalf during the month.

The sum of the final result of these calculations equals the mortgage insurance portion of your FINANCE CHARGE for the month.

**E. CALCULATION OF BALANCES**
The "Principal Limit Information" section on the front of the monthly statement shows your "Original Principal Limit" and your "Net Principal Limit" which includes any "Set Asides".  The "Loan Balance" section on page 2 of this monthly statement shows your prior month's Previous Loan Balance and your current month's Closing Loan Balance, which includes the current month's activity. If you would like to determine your payoff balance or if you have any questions on this monthly statement, please call the telephone number listed on the bottom of this monthly statement.

**F. OTHER INFORMATION**
We compute the interest and other fees assessed on your loan monthly.  This information is available on page 2 of this monthly statement each month.  This monthly statement indicates both the current month and year to date interest and other fees.  If you repay all or a portion of your loan balance and the annual interest paid due to a repayment exceeds $600, a separate IRS Form 1098 will be mailed to you by January 31st. Interest accrued on this loan, other than repayments, will not be reported to the IRS until the loan is paid in full.

**G. BILLING RIGHTS SUMMARY**
In case of errors or questions about your loan monthly statement, you will need to contact us as follows:

If you think your monthly statement is wrong or you need more information about a transaction on your monthly statement, write us at Reverse Mortgage Service Center, Attn: Billing Department, P.O. Box 24606, West Palm Beach, FL 33416.  Write to us as soon as possible.  We must hear from you no later than 60 days after we send you the FIRST monthly statement on which the error or problem appeared.  You can telephone us, but doing so will not preserve your rights.  In your letter, give us the following information:
   1. Your name and loan number
   2. The dollar amount of the suspected error
   3. Describe the suspected error and explain, if you can, why you believe there is an error

Loan Ske
Rep. Skey



P.O. Box 24606, West Palm Beach, FL 33416
Phone (866) 503-5559 ~ FAX (561) 682-8644 ~ TRS 711
Email customerassist@phhreverse.com

Page 3 of 4



**MORTGAGE**

P.O. Box 24606
West Palm Beach, FL 33416

We will acknowledge your letter within 30 days.  Within 90 days, we will either correct the error or explain why we believe the monthly statement was correct.  If we determine the monthly statement was not correct, we will credit the disputed amount along with any associated interest charges.  While under investigation, you will continue to see the disputed amount on your monthly statement; however, you do not have to pay any disputed amount or the interest charges that apply to it.  Even though payments are not required on a reverse mortgage, by law, you are still required to meet all obligations as outlined in your Notes, Security Instruments and Loan Agreement.  This includes paying your property taxes and insurance premiums.

**H. CREDIT INFORMATION**
Regular monthly installment payments are not required on this loan unless you have a repayment plan for a delinquent account. However, you have the obligation to pay your property taxes and insurance premiums. The loan must be repaid in full in one payment if your loan has been called "Due and Payable". Payments may be made by check, money order or wired funds, payable in U.S. Dollars. Do not send cash. Payments must be mailed to the address listed on the bottom of this monthly statement. Payments are allocated as described in your Note.

Loan Ske
Rep. Skey

P.O. Box 24606, West Palm Beach, FL 33416
Phone (866) 503-5559 ~ FAX (561) 682-8644 ~ TRS 711
Email customerassist@phhreverse.com

Page 4 of 4

## Loan Summary

### Default

| | |
|---|---|
| Default Reason: | Unpaid Taxes |
| Due & Payable Date: | 10/17/2015 |
| Notice Sent to Borrower: | 11/16/2015 |
| Death Date: | |
| Servicer Notified of Death: | |
| Notice of Default to HUD: | 9/28/2015 |
| Title Ordered: | |
| Title Received: | |
| Appraisal Ordered: | 11/18/2015 |
| Appraisal Effective Date: | 11/23/2015 |
| Appraisal Received: | 11/25/2015 |
| Inspection Ordered: | |
| Inspection Received: | |
| Property Location Type: | |
| Auto 90-Day Extension: | No |
| Total # of Approved Extensions: | 0 |
| Loan Balance as of Queen B A | $193,235.69 |
| Extension Expiration: | 9/13/2022 |

### Foreclosure/Loss Mitigation

| | |
|---|---|
| Referred to Counsel: | 10/18/2016 |
| First Legal Due Date: | 8/29/2016 |
| First Legal Filed Date: | 11/9/2016 |
| HUD Notice of Initiation of FCL: | 11/9/2016 |
| Appraisal Ordered: | |
| Appraisal Effective Date: | |
| Appraisal Received: | |
| Liquidation Event: | |
| Sale Date: | |
| Property Sold To: | |
| Deed Recorded Date: | |
| Data Gram Completed: | |
| Referred to REO: | |

### Bankruptcy

| | |
|---|---|
| # of Days in Bankruptcy: | 1792 |
| # of Bankruptcies: | 1 |
| Bankruptcy Type: | Bankruptcy - Chapter 13 |
| Bankruptcy Filed Date: | 11/8/2017 |
| Bankruptcy Discharged Date: | |

### REO

| | |
|---|---|
| Marketable Title: | |
| REO Sale Date: | |
| REO Sale Price: | $0.00 |
| REO Net Proceeds: | $0.00 |
| Referred to Claims: | |

### Tax and Insurance

| | |
|---|---|
| Original Transfer Property Charge: | $6,881.00 |
| Transfer Property Charges Balance: | $5,234.97 |
| Prop Charge Pre D&P Balance: | $0.00 |
| Corp Adv $305 Flood Ins Balance: | $2,162.51 |
| Corp Adv $305 Hazard Ins Balance: | $1,775.55 |
| Corp Adv $305 Taxes Balance: | $0.00 |
| Corp Adv $305 Ground Rent Balance: | $0.00 |
| Corp Adv $305 HOA Balance: | $0.00 |
| TOTS Balance: | $9,173.03 |
| Active Repayment Plan: | No |
| Payment Status: | N/A |
| # Repayments Made: | N/A |
| # Repayments Remaining: | N/A |

Copyright © 2022 Reverse Servicing A